Bradley S. Slighting (10225)
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Scott Wellman (*Pro Hac Vice Pending)*
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

Attorneys for Plaintiff
IBUUMERANG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IBUUMERANG, LLC, a Texas Limited Liability Company

Plaintiff,

vs.

T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; PAYVISION B.V., a Netherlands limited company; PIXXLES, Ltd., a United Kingdom private limited company and CETLER, a Netherlands limited liability company

Defendants.

CASE NO. 2:21-cv-01611-JCM-VCF

**STIPULATION FOR EXTENSION OF DEADLINE TO FILE OPPOSITION AND REPLY TO DEFENDANT PAYVISION B.V.'S MOTION TO DISMISS**

1  Plaintiff, Ibuumerang, LLC. ("Ibuumerang") and Defendant Payvision B.V. ("Payvision")
2  hereby stipulate and agree as follows:
3  WHEREAS, Defendant Payvision B.V. filed their FRCP Rule 12(b)(2), 12(b)(6), 9(b) Motion
4  to Dismiss the First Amended Complaint (the "Motion")(ECF No. 15) on November 12, 2021.
5  WHEREAS, the deadline for Plaintiff's opposition is November 29, 2021.
6  WHEREAS, Plaintiff's counsel is out of the country on a pre-arranged trip until November
7  30, 2021.
8  WHEREAS, the parties have not stipulated to any prior continuances.
9  WHEREAS, Plaintiff's counsel and Defendant's counsel met and conferred via telephone
10 and agreed to extend the deadline for Plaintiff to file their opposition to December 6, 2021 as long
11 as the deadline for Defendant to file their reply is extended to December 20, 2021.
12 WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Ibuumerang
13 and Defendant, through their respective counsel of record that good cause exists to extend the
14 deadline for Ibuumerang's opposition from November 29, 2021 to December 6, 2021 and to extend
15 the deadline for Defendant's reply from December 13, 2021 to December 20, 2021.

DATED: November 24, 2021         **SLIGHTING LAW**

                                 By:  _/s/ Bradley S. Slighting_____
                                      Bradley S. Slighting, Esq.
                                      Plaintiff,
                                      Ibuumerang, LLC.


DATED: November 24, 2021         **WELLMAN & WARREN**

                                 By:  _/s/ Scott Wellman_____
                                      Scott Wellman, Esq.
                                      Plaintiff,
                                      Ibuumerang, LLC.

-2-
STIPULATION FOR EXTENSION OF DEADLINE TO FILE OPPOSITION AND REPLY TO DEFENDANT
PAYVISION B.V.'S MOTION TO DISMISS

1 | DATED: November 24, 2021

**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT**

By: _/s/Richard Edward Haskin_
Richard Edward Haskin, Esq.
Defendant,
Payvision B.V.

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**Attorneys for Defendants**

ARI N. ROTHMAN, VENABLE LLP; anrothman@venable.com

KORY L. KAPLAN, KAPLAN COTTNER; kory@kaplancottner.com

        Attorneys for T1 Payments LLC

RICHARD EDWARD HASKIN, GIIBS GIDEN LOCHER TURNER SENET & WITTBRODT

Nathan D. O'Malley, Peter J. Diedrich, Giorgio A. Sassine, MUSICK, PEELER & GARRETT LLP

        Attorneys for PayVision B.V., a Netherlands Limited Company.

DATED this 24th day of November 2021, at Laguna Hills, California.

        */s/ Kelsey Schafer*
        Paralegal

Bradley S. Slighting (10225)
SLIGHTING LAW
1707 Vilage Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Scott Wellman (*Pro Hac Vice Pending*)
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel:  (949) 580-3737
swellman@w-wlaw.com

Attorneys for Plaintiff,
IBUUMERANG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IBUUMERANG, INC. a Texas Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual;  PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company<br><br>Defendants. | Case No. 2:21-cv-01611-JCM-VCF<br><br>Judge: Hon. James C. Mahan<br>Magistrate Judge: Cam Ferenbach<br><br><br>**ORDER CONTINUING DEADLINE TO FILE OPPOSITION AND REPLY TO DEFENDANT PAYVISION B.V.'S MOTION TO DISMISS** |

The Court having received, reviewed, and considered the parties'

-1-
**[PROPOSED] ORDER CONTINUING  DEADLINE TO FILE OPPOSITION AND REPLY TO DEFENDANT PAYVISION B.V.'S MOTION TO DISMISS**

Stipulation to Continue the deadline to file opposition and reply to Defendant Payvision B.V.'s Motion to Dismiss.

NOW THEREFORE, for good cause shown, the Court hereby APPROVES the Stipulation to extend Ibuumerang's opposition from November 29, 2021 to December 6, 2021 and to extend the deadline for Defendant's reply from December 13, 2021 to December 20, 2021.

**SO ORDERED:**

Date: November 30, 2021

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE