VENABLE LLP
ARI N. ROTHMAN
Nevada Bar No. 15806
Email: anrothman@venable.com
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

KAPLAN COTTNER
KORY L. KAPLAN
Nevada Bar No. 13164
Email:  kory@kaplancottner.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 381-8888
Facsimile: (702) 382-1169

*Attorneys for Pixxles LTD*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IBUUMERANG, LLC, a Texas limited liability company,<br><br>                    Plaintiff,<br><br>     vs.<br><br> T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; PAYVISION B.V., a Netherlands limited company; and PIXXLES, Ltd., a United Kingdom private limited company<br><br>                    Defendants. | CASE NO. 2:21-cv-01611-JCM-VCF<br><br>**UNOPPOSED/CONSENT MOTION REGARDING PIXXLES LTD.'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO IBUUMERANG, LLC'S FIRST AMENDED COMPLAINT [ECF No. 9]**<br><br>**[Special Appearance Only]** |

Having obtained plaintiff Ibuumerang, LLC's consent, specially-appearing defendant Pixxles Ltd.[1] brings this motion to extend its time to answer or otherwise respond to the First Amended Complaint (ECF No. 9, "FAC").

Ibuumerang filed its FAC on September 17, 2021, naming Pixxles as a defendant. Pixxles is organized and exists under the laws of the United Kingdom. Pixxles received the lawsuit on December 10, 2021.

Good cause exists to allow Pixxles to file its response to the FAC on or before January 21, 2022, due to the intervening holidays and the schedules of counsel. Pixxles has not requested prior extensions; this request is not made for purposes of undue delay; and there are no pretrial or trial deadlines. Additionally, Ibuumerang consents to the requested extension.

THEREFORE, Pixxles Ltd. requests that this Court allow it to respond to the FAC on or before January 21, 2022.

DATED: December 16, 2021                By: /s/ Kory L. Kaplan
                                        **KAPLAN COTTNER**
                                        Kory L. Kaplan, Esq.

                                        **VENABLE LLP**
                                        Ari N. Rothman, Esq.

                                        *Counsel for Pixxles Ltd.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-16-2021

---

[1] Pixxles Ltd. files this motion through a special appearance because it contests that Nevada courts may exercise personal jurisdiction over it. Thus, by filing this motion, Pixxles does not consent to the personal jurisdiction of the Court or waive any defenses. Pixxles will move to dismiss for lack of personal jurisdiction and any other available grounds under Rule 12.

1