1  Aaron D. Shipley (NSBN 8258)
2  Tara U. Teegarden (NSBN 15344)
   McDONALD CARANO LLP
3  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
4  Telephone: (702) 873-4100
   Facsimile: (702) 873-9966
5  Email: ashipley@mcdonaldcarano.com
          tteegarden@mcdonaldcarano.com
6  *Attorney for T1 Payments, LLC, Pixxles, Ltd.
   Amber Fairchild, Debra Karen King, Donald Kasdon*

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| IBUUMERANG, LLC, a Texas Limited Liability Company, <br><br>Plaintiff, <br><br>vs. <br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; PAYVISION B.V., a Netherlands limited company; and PIXXLES, Ltd., a United Kingdom private limited company <br><br>Defendants. | Case No.: 2:21-cv-01611-JCM-VCF <br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Defendant T1 Payments, LLC hereby authorizes and consents to the substitution of Aaron D. Shipley of McDonald Carano, LLP as attorney of record in the above-entitled action, in the place and stead of Kory K. Kaplan of Kaplan Cottner.

Contact information for new counsel is as follows:

Aaron D. Shipley (NSBN 8258)
ashipley@mcdonaldcarano.com
Tara U. Teegarden (NSBN 15344)
tteegarden@mcdonaldcarano.com
McDonald Carano, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100

1      I consent to the above substitution.

2      T1 PAYMENTS, LLC      DONALD KASDON

3

4      By: *Debra king* (DocuSigned by: BAB215DF494F47F...)      Donald Kasdon

5

6      AMBER FAIRCHILD      DEBRA KAREN KING

7

8      Amber Fairchild      Debra Karen King (DocuSigned by: *Debra king* BAB215DF494F47F...)

9      PIXXLES, LTD.

10

11      By: _____

12

13      I consent to be substituted.

14      Dated this 17 day of February, 2022.

15      McDONALD CARANO LLP

16

17      Aaron D. Shipley (NSBN 8258)

18      2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

19      ashipley@mcdonaldcarano.com

20

21      I consent to the above substitution.

22      Dated this 16 day of February, 2022.

23      KAPLAN COTTNER

24

25      Kory K. Kaplan (NSBN 13164)
850 East Bonneville Avenue

26      Las Vegas, Nevada 89101
kory@kaplancottner.com

27

28

4875-9324-4940, v. 1

DocuSign Envelope ID: 172FD5B5-50FC-43F4-91D7-1514EB220CA7

1  The substitution of attorney is hereby approved and so ORDERED.

2

3  _____

   UNITED STATES MAGISTRATE JUDGE

4  DATED: _____

5  2-22-2022

4875-9324-4940, v. 1

DocuSign Envelope ID: 172FD5B5-50FC-43F4-91D7-1514EB220CA7

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 17 day of February, 2022, a true and correct copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ _____
An employee of McDonald Carano LLP

4

4875-9324-4940, v. 1