Bradley S. Slighting (10225)
SLIGHTING LAW
1707 Vilage Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Scott Wellman (*Pro Hac Vice Pending*)
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel:  (949) 580-3737
swellman@w-wlaw.com

Attorneys for Plaintiff,
IBUUMERANG

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual;  PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company<br><br>Defendants. | Case No. 2:21-cv-01611-JCM-VCF<br><br>Judge: Hon. James C. Mahan<br>Magistrate Judge: Cam Ferenbach<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS** |

For good case shown below, and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules IA 6-1, L.R. 26-3, Plaintiff, Ibuumerang, LLC, and Defendants Amber Fairchild, Debra King, and Donald

-1-
**STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**

Kasdon jointly request that the Court extend the deadlines to respond to Defendants' Motions to Dismiss (Dkt. 41, 42, and 43), and the deadlines for defendants to file their replies to plaintiff's forthcoming oppositions, as follows:

A. On February 11, 2022, defendant Amber Fairchild filed a motion to dismiss the First Amended Complaint (DKT 41) pursuant to Rule 12(b)6.

B. Also, on February 11, 2022, defendant Debra Karen King filed a motion to dismiss the First Amended Complaint (DKT 42) pursuant to Rule 12(b)6.

C. Also, on February 11, 2022, defendant Donald Kasdon filed a motion to dismiss the First Amended Complaint (DKT 43) pursuant to Rule 12(b)6.

D. Responses to all three motions are presently due on February 25, 2022.

E. In addition to responding to the three motions, plaintiff's counsel is presently responding to a Rule 56 motion in the case entitled *Federal Trade Commission v. QYK Brands LLC et. al.* pending in the United States District Court for the Central District of California (Case. No. 8:20-cv-01431-PSG-KES). This motion contains in excess of 4,000 pages.

F. No previous extensions have been requested to respond to the three motions to dismiss.

G. A short, two-week, extension to file the responses to the three motions to dismiss in this case will not prejudice the defendants.

H. Defendants Fairchild, King and Kasdon do not oppose plaintiff's request for an extension but request that they be given a two-week extension to file their replies because their new reply date, March 18, would conflict with other matters including depositions in an unrelated case.

It is hereby stipulated between plaintiff Ibuumerang, LLC, and defendants Amber Fairchild, Debra Karen King, and Donald Kasdon, through their attorneys of record, that Ibuumerang, LLC, shall have a two week extension (until March 11, 2022) to file its responses to the three motions to

dismiss filed by the defendants and that defendants Fairchild, King and Kasdon shall have until April 1, 2022, to file their replies to plaintiff's forthcoming oppositions.

DATED: February 22, 2022            **WELLMAN & WARREN**

                        By:    /s/ Scott Wellman
                               Scott Wellman, Esq.
                               Defendant/Counterclaimant,
                               Ibuumerang, Inc.

DATED: February 22, 2022            **SLIGHTING LAW**

                        By:    /s/ Bradley S. Slighting
                               Bradley S. Slighting, Esq.
                               Defendant/Counterclaimant,
                               Ibuumerang, Inc.

DATED: February 22, 2022            **VENABLE LLP**

                        By:    /s/ Ari N. Rothman
                               Ari Rothman, Esq.
                               Attorney for Donald Kasdon,
                               Amber Fairchild, Debra King

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**Attorneys for Defendants**

ARI N. ROTHMAN, VENABLE LLP; anrothman@venable.com

KORY L. KAPLAN, KAPLAN COTTNER; kory@kaplancottner.com

       Attorneys for T1 Payments LLC

RICHARD EDWARD HASKIN, GIIBS GIDEN LOCHER TURNER SENET & WITTBRODT

Nathan D. O'Malley, Peter J. Diedrich, Giorgio A. Sassine, MUSICK, PEELER & GARRETT LLP

       Attorneys for PayVision B.V., a Netherlands Limited Company.

DATED this 22nd day of February 2022, at Laguna Hills, California.

       */s/ Kelsey Schafer*
       Paralegal

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual;  PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company<br><br>Defendants. | Case No. 2:21-cv-01611-JCM-VCF<br><br>Judge: Hon. James C. Mahan<br>Magistrate Judge: Cam Ferenbach<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS** |

Good cause having been shown, the above Stipulation is GRANTED.  Plaintiff, Ibuumerang, LLC shall have until March 11, 2022 to respond to the motions to dismiss (DKT Nos. 41, 42 & 43) filed by Amber Fairchild, Debra Karen King and Donald Kasdon, and defendants Fairchild, King and Kasdon shall have until April 1, 2022, to file their replies.

**IT IS SO ORDERED.**

DATED: February 23, 2022

_____
UNITED STATES DISTRICT JUDGE