1 | Bradley S. Slighting (10225)
SLIGHTING LAW
2 | 1707 Vilage Center Cir, Ste 100
Las Vegas, NV 89134
3 | Tel: (702) 840-3749
brad@slightinglaw.com
4 |
Scott Wellman (*Pro Hac Vice Pending*)
5 | WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
6 | Laguna Hills, CA 92653
Tel: (949) 580-3737
7 | swellman@w-wlaw.com
Attorneys for Plaintiff,
8 | IBUUMERANG, LLC

9 |
VENABLE LLP
10 | ARI N. ROTHMAN
Nevada Bar No. 15806
11 | Email: anrothman@venable.com
600 Massachusetts Avenue, N.W.
12 | Washington, D.C. 20001
Telephone: (202) 344-4000
13 | Facsimile: (202) 344-8300
14 |

15 | Aaron D. Shipley (NSBN 8258)
Tara U. Teegarden (NSBN 15344)
16 | McDONALD CARANO LLP
2300 West Sahara Ave, Ste 1200
17 | Las Vegas, NV 89102
T: (702) 873-4100
18 | F: (702) 873-9966
Email: ashipley@mcdonaldcarano.com
19 | tteegarden@mcdonaldcarano.com
20 | Attorneys for Pixxles LTD, Donald Kasdon,
Amber Fairchild, Debra King
21 |

Richard Edward Haskin (NSBN. 11592)
GIIBS GIDEN LOCHER TURNER SENET
& WITTBRODT
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
Telephone (702) 836-9800
Email: rhaskin@gibbsgiden.com

Nathan D. O'Malley
(CSBN 212193 – Pro Hac Vice)
Peter J. Diedrich
(CSBN 101649 – Pro Hac Vice)
Giorgio A. Sassine
(CSBN 324639 – Pro Hac Vice)
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376
Attorneys for PAYVISION B.V., a
Netherlands limited company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company<br><br>Plaintiff,<br><br>vs. | Case No. 2:21-cv-01611-JCM-VCF<br><br>Judge: Hon. James C. Mahan<br>Magistrate Judge: Cam Ferenbach |

-1-
**DISCOVERY PLAN AND SCHEDULING ORDER**

|   |   |   |
|---|---|---|
| | T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual;  PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company<br><br>                Defendants. | **STIPULATION TO CONTINUE DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

   For good cause shown below, and pursuant to Local Rules 7-1, Plaintiff, Ibuumerang, LLC, and Defendants T1 Payments, LLC , T1 Payments Limited, TGlobal Services Ltd., Pixxles Ltd. (specially appearing), Donald Kasdon, Amber Fairchild, Debra King and PAYVISION B.V. submit this stipulation to continue the deadline to file the joint discovery plan and scheduling order deadline.

   1.The Court's present Order requires that the Joint Discovery Plan and Scheduling Order be filed by March 7, 2022; and

   2.This matter concerns multiple parties, including parties residing outside of Nevada, as a result two of the parties (Payvision B.V. and Pixxles, Ltd.) have challenged the jurisdiction of this Court pursuant to Rule 12(b)2.  The Court has not yet ruled on these jurisdictional motions.

   3. In addition, all of the defendants have pending Rule 12(b)6 motions which the Court has not yet ruled on.

   4. Because of the jurisdictional issues, some of the defendants have indicated that they cannot participate in a Rule 26 conference as this may waive their jurisdictional defenses. As a result, the Parties have not yet been able to conduct a Rule 26 conference.

5. In addition, the parties have been discussing settlement and a global mediation is presently set for June 1, 2022, in Las Vegas with Judge Pro (Retired).

6. The parties have not previously requested a continuance to the filing of the Joint Discovery Plan and Discovery Order, and no prejudice will result to any party from a short continuance.

THEREFORE, the Parties hereby stipulated as follows:

A. That the Joint Discovery Plan and Scheduling Order deadline be continued from March 7, 2022 to April 6, 2022.

B. That by entering into this stipulation no defendant is waiving any right to contest the personal jurisdiction of this Court, and that Payvision and Pixxles do not consent to personal jurisdiction for purposes of this or any other litigation pending in Nevada.

DATED: March 4, 2022         **SLIGHTING LAW**

By:   /s/ Bradley S. Slighting
      Bradley S. Slighting, Esq.
      Plaintiff, Ibuumerang, Inc.

DATED: March 4, 2022         **WELLMAN & WARREN**

By:   /s/ Scott Wellman
      Scott Wellman, Esq.
      Plaintiff, Ibuumerang, Inc.

DATED: March 4, 2022         **VENABLE LLP**

By:   /s/ Ari N. Rothman
      Ari N. Rothman, Esq.
      Defendants, T1 Payments, LLC, Pixxles LTD
      (specially appearing),
      Donald Kasdon, Amber Fairchild and Debra King

DATED: March 4, 2022              **McDONALD CARANO LLP**

By:   */s/ Aaron D. Shipley*
      Aaron D. Shipley, Esq.
      Defendants, T1 Payments, LLC, Pixxles LTD
      (specially appearing)
      Donald Kasdon, Amber Fairchild and Debra King

DATED: March 4, 2022              **GIBBS GIDEN LOCHER TUNER
                                  SENET & WITTBRODT LLP**

By:   */s/ Richard E. Haskin*
      Richard E. Haskin, Esq.
      Defendant, PAYVISION B.V.

DATED: March 4, 2022              **MUSICK, PEELER & GARRETT LLP**

By:   */s/ Peter J. Diedrich*
      Peter J. Diedrich, Esq.
      Defendant, PAYVISION B.V.

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**Attorneys for Defendants**

ARI N. ROTHMAN, VENABLE LLP; anrothman@venable.com

KORY L. KAPLAN, KAPLAN COTTNER; kory@kaplancottner.com

Attorneys for T1 Payments LLC

RICHARD EDWARD HASKIN, GIIBS GIDEN LOCHER TURNER SENET & WITTBRODT

Nathan D. O'Malley, Peter J. Diedrich, Giorgio A. Sassine, MUSICK, PEELER & GARRETT LLP

Attorneys for PayVision B.V., a Netherlands Limited Company.

DATED this 4th day of March 2022, at Laguna Hills, California.

*/s/ Kelsey Schafer*
Paralegal

---

1
*Proof Of Service*

```
1  Bradley S. Slighting (10225)
   SLIGHTING LAW
2  1707 Vilage Center Cir, Ste 100
   Las Vegas, NV 89134
3  Tel: (702) 840-3749
4  brad@slightinglaw.com

5  Scott Wellman (Pro Hac Vice Pending)
   WELLMAN & WARREN LLP
6  24411 Ridge Route, Suite 200
   Laguna Hills, CA 92653
7  Tel:  (949) 580-3737
8  swellman@w-wlaw.com

9
   Attorneys for Plaintiff,
10 IBUUMERANG, LLC
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual;  PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company<br><br>Defendants. | Case No. 2:21-cv-01611-JCM-VCF<br><br>Judge: Hon. James C. Mahan<br>Magistrate Judge: Cam Ferenbach<br><br>~~[PROPOSED]~~ ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER |

-1-
**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

1  For Good Cause shown, the Court hereby orders that the deadline to file the Joint Discovery
2  Plan and Scheduling Order is hereby continued from March 7, 2022 to April 6, 2022.
3
4  **SO, ORDERED:**
5
6  Date:  3-4-2022
7                                                                                           
                                                  Cam Ferenbach
8                                                 United States Magistrate Judge

-2-
**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**