Ari N. Rothman (NSBN 15806)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: anrothman@venable.com

Aaron D. Shipley (NSBN 8258)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: ashipley@mcdonaldcarano.com

*Attorneys for Amber Fairchild, Debra King, Donald Kasdon*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| IBUUMERANG, LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; PAYVISION B.V., a Netherlands limited company; and PIXXLES, Ltd., a United Kingdom private limited company<br><br>Defendants. | Case No.: 2:21-cv-01611-JCM-VCF<br><br>**STIPULATION REGARDING IBUUMERANG, LLC'S MOTION REQUESTING LATE FILING OF ITS OPPOSITION TO MOTIONS TO DISMISS OF INDIVIDUALS FAIRCHILD, KING, AND KASDON [ECF No. 54] AND ORDER REGARDING FILING OF CERTAIN REPLIES [ECF No. 48]** |

Defendants Amber Fairchild, Debra King, and Donald Kasdon, and plaintiff Ibuumerang, LLC, file this joint stipulation regarding Ibuumerang's motion requesting late filing of its opposition to the motions to dismiss. (ECF No. 54.) Therein, Ibuumerang states that the Court's electronic filing system was inaccessible on Friday, March 11, 2022, the due date for Ibuumerang's


opposition to motions to dismiss filed by Fairchild, King and Kasdon ("Individual Defendants") (ECF Nos. 41–43), and requests permission of the Court to file its opposition late on Monday, March 14, 2022. (ECF No. 54 at 2.)

The Individual Defendants do not oppose Ibuumerang's motion permitting the late filing of Ibuumerang's opposition to their motions to dismiss. However, the Individual Defendants request that their replies in support of their individual motions to dismiss be due on April 4, 2022, instead of April 1, 2022 (ECF No. 48 ordered the Individual Defendants to file their replies on April 1, 2022). Ibuumerang does not oppose this request.

Accordingly, Ibuumerang and the Individual Defendants agree and request that: (1) Ibuumerang's motion at ECF No. 54 be granted; and (2) the due date of the T1 Individual's briefs be extended from April 1, 2022, to April 4, 2022.

Dated this 17th day of March, 2022.

McDONALD CARANO, LLP

By: /s/ Aaron D. Shipley
    Aaron D. Shipley (NSBN 8258)
    Tara U. Teegarden (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

VENABLE LLP
Ari N. Rothman (NSBN 15806)
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Amber Fairchild, Debra King, Donald Kasdon*

Dated this 17th day of March, 2022.

SLIGHTING LAW

By: /s/ Bradley S. Slighting
    Bradley S. Slighting
    1707 Village Center Cir., Ste 100
    Las Vegas, NV 89134

WELLMAN & WARREN LLP

Scott Wellman
2411 Ridge Route, Suite 200
Laguna Hills, CA 92653

*Attorneys for Ibuumerang, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 18, 2022

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 17th day of March, 2022, a true and correct copy of the foregoing **STIPULATION REGARDING IBUUMERANG, LLC'S MOTION REQUESTING LATE FILING OF ITS OPPOSITION TO MOTIONS TO DISMISS OF INDIVIDUALS FAIRCHILD, KING, AND KASDON [ECF No. 54] AND ORDER REGARDING FILING OF CERTAIN REPLIES [ECF No. 48]** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Leah Jennings*
An employee of McDonald Carano LLP