| | |
|---|---|
| 1 | Bradley S. Slighting (10225) |
| | SLIGHTING LAW |
| 2 | 1707 Village Center Cir, Ste 100 |
| | Las Vegas, NV 89134 |
| 3 | Tel: (702) 840-3749 |
| 4 | brad@slightinglaw.com |
| 5 | Scott Wellman (*Pro Hac Vice Pending*) |
| | WELLMAN & WARREN LLP |
| 6 | 24411 Ridge Route, Suite 200 |
| | Laguna Hills, CA 92653 |
| 7 | Tel: (949) 580-3737 |
| 8 | swellman@w-wlaw.com |

Attorneys for Plaintiff,
IBUUMERANG, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company | Case No. 2:21-cv-01611-JCM-VCF |
| Plaintiff, | Judge: Hon. James C. Mahan<br>Magistrate Judge: Cam Ferenbach |
| vs. | |
| T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company | **JOINT STIPULATION TO EXTEND TIME FOR MOTION AND ORDER** |
| Defendants. | |

-1-
**JOINT STIPULATION TO EXTEND TIME FOR MOTION**

WHEREAS, the parties to this action held a mediation on June 1, 2020. Shortly after the mediation a settlement was reached; and

WHEREAS, the parties need to circulate settlement documents, review them, and agree to the settlement documents prior to consummating the settlement and this is expected to take several weeks; and

WHEREAS, pursuant to this Court's minute order dated 4/18/2022 (DKT. 60), "If, after the June 1, 2022 mediation, the Plaintiff still wants limited jurisdictional discovery, a motion defining the limited discovery requested is due by June 13, 2022;" and

WHEREAS, the parties need additional time, past June 13, 2022, to consummate the settlement or notify the Court that the parties reached an impasse, and therefore have agreed to extend the deadline to file any such motion by thirty (30) days.

NOW THEREFORE, the parties, by and through their counsel, do hereby stipulate as follows:

In order to allow for the time necessary to consummate their settlement, the due date to file a motion seeking jurisdictional discovery is extended for thirty (30) days to July 13, 2022.

DATED: June 13, 2022                     **SLIGHTING LAW**

By:   */s/ Bradley S. Slighting*
Bradley S. Slighting, Esq.
Plaintiff, Ibuumerang, LLC.

DATED: June 13, 2022                     **WELLMAN & WARREN**

By:   */s/ Scott Wellman*
Scott Wellman, Esq.
Plaintiff, Ibuumerang, LLC

| | | |
|---|---|---|
| DATED: June 13, 2022 | | **VENABLE LLP** |
| | By: | /s/ Ari N. Rothman<br>Ari N. Rothman, Esq.<br>Defendants, T1 Payments, LLC, Pixxles LTD (specially appearing),<br>Donald Kasdon, Amber Fairchild and Debra King |
| DATED: June 13, 2022 | | **MUSICK, PEELER & GARRETT LLP** |
| | By: | */s/ Nathan D. O'Malley*<br>Nathan D. O'Malley, Esq.<br>Attorneys for PAYVISION B.V., a Netherlands limited company |

## ORDER

Pursuant to the party's stimulation and for good cause shown, the due date for a motion requesting jurisdictional discovery, as described in this Court's order of April 18, 2022 (DKT. 60), is hereby extended to July 13, 2022.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 14th day of June 2022