| | |
|---|---|
| 1 | Bradley S. Slighting (10225) |
| | SLIGHTING LAW |
| 2 | 1707 Village Center Cir, Ste 100 |
| | Las Vegas, NV 89134 |
| 3 | Tel: (702) 840-3749 |
| 4 | brad@slightinglaw.com |
| 5 | Scott Wellman (*Pro Hac Vice Pending*) |
| | WELLMAN & WARREN LLP |
| 6 | 24411 Ridge Route, Suite 200 |
| | Laguna Hills, CA 92653 |
| 7 | Tel:  (949) 580-3737 |
| 8 | swellman@w-wlaw.com |
| 9 | |
| | Attorneys for Plaintiff, |
| 10 | IBUUMERANG, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company | | Case No. 2:21-cv-01611-JCM-VCF |
| | | Judge: Hon. James C. Mahan |
| Plaintiff, | | Magistrate Judge: Cam Ferenbach |
| vs. | | |
| T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual;  PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company | | 2nd JOINT STIPULATION TO EXTEND TIME FOR MOTION AND ORDER |
| Defendants. | | |

-1-
**2nd JOINT STIPULATION TO EXTEND TIME FOR MOTION**

WHEREAS, the parties to this action held a mediation on June 1, 2020. Shortly after the mediation a settlement was reached; and

WHEREAS, the parties need to circulate settlement documents, review them, and agree to the settlement documents prior to consummating the settlement and this is expected to take several weeks; and

WHEREAS, pursuant to this Court's order dated 6/14/2022 (DKT. 62), granting the first extension from June 13, 2022 to July 13, 2022, the parties need more additional time to circulate the settlement documents.

WHEREAS, the parties have been in constant communication and negation, the parties still need more time to consummate the settlement or notify the Court that the parties reached an impasse, and therefore have agreed to extend the deadline to file any such motion by thirty (30) days.

NOW THEREFORE, the parties, by and through their counsel, do hereby stipulate as follows:

In order to allow for the time necessary to consummate their settlement, the due date to file a motion seeking jurisdictional discovery is extended for thirty (30) days to August 12, 2022.

DATED: July 13, 2022              **SLIGHTING LAW**

                          By:     /s/ Bradley S. Slighting
                                  Bradley S. Slighting, Esq.
                                  Plaintiff, Ibuumerang, LLC.

DATED: July 13, 2022              **WELLMAN & WARREN**

                          By:     /s/ Scott Wellman
                                  Scott Wellman, Esq.
                                  Plaintiff, Ibuumerang, LLC

DATED: July 13, 2022          **VENABLE LLP**

By:   */s/ Ari N. Rothman*
      Ari N. Rothman, Esq.
      Defendants, T1 Payments, LLC, Pixxles LTD
      (specially appearing),
      Donald Kasdon, Amber Fairchild and Debra King

DATED: July 13, 2022          **MUSICK, PEELER & GARRETT LLP**

By:   */s/ Giorgio A. Sassine*
      Giorgio A. Sassine, Esq.
      Attorneys for PAYVISION B.V., a
      Netherlands limited company

## **ORDER**

Pursuant to the party's stimulation and for good cause shown, the due date for a motion requesting jurisdictional discovery, as described in this Court's order of June 14, 2022 (DKT. 62), is hereby extended to August 12, 2022.

_____
Cam Ferenbach
United States Magistrate Judge
Dated this 13th day of July 2022.

-1-
**ORDER**