**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

|  |  |
|---|---|
| IBUUMERANG, LLC. a Texas Limited Liability Company,<br><br>                Plaintiff(s),<br><br>v.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company; T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; PAYVISION B.V., a Netherlands limited company; Pixxles, Ltd., a United Kingdom private limited company,<br><br>                Defendant(s). | 2:21-cv-01611-JCM-VCF<br><br>**<u>ORDER</u>** |

      Before the Court is *Ibuumerang, LLC v. T1 Payments LLC, et al.*, case number 2:21-cv-1611-JCM-VCF.

      Accordingly,

      IT IS HEREBY ORDERED that a video status conference hearing is scheduled for 11:00 AM, August 31, 2022, before Judge Cam Ferenbach.

      IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, August 30, 2022.

      IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

1

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 23rd day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE