# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IBUUMERANG, LLC, | Case No. 2:21-CV-1611 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| T1 PAYMENTS LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Ibuumerang, LLC v. T1 Payments, LLC*, case number 2:21-cv-01611-JCM-VCF.

On October 12, 2022, plaintiff filed a notice of voluntary dismissal stating that it "hereby dismisses **with prejudice** this litigation and all parties and causes action [sic] therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)."  (ECF No. 70 at 2) (emphasis in original).  The notice goes on to state the reasons for dismissal against each party, primarily that plaintiff concedes this court has no jurisdiction over defendants.  The court hereby incorporates that notice in this order, and dismisses all claims against all parties, with prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the same hereby is, DISMISSED, with prejudice.

The clerk shall close the case.

DATED February 28, 2023.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**